Entered on Docket
October 26, 2009

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee POOLING AND SERVICING AGREEMENT Dated as of March 1, 2006 MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-2
09-74976

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-20327-mkn |
| James Olen Delozier, III and Katherine Mary Delozier | Date: 9/30/09<br>Time: 1:30pm |
| Debtor(s). | Chapter 7 |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes **but no sale shall take prior to November 30, 2009**, as to Secured Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee POOLING AND SERVICING AGREEMENT Dated as of March 1, 2006 MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-2, its assignees and/or successors in interest, of the subject property, generally described as 5904 Carmen Blvd., Las Vegas, NV 89108.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____ 2009

Submitted by:
**WILDE & ASSOCIATES**

By_____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Ryan Alexander
520 S. 4th St.
Ste. 340
Las Vegas, NV 89148
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Joseph B. Atkins
5030 Paradise Road #213
Las Vegas, NV 89119
Chapter 7 Trustee

1 | ALTERNATIVE METHOD RE: LOCAL RULE 9021:
2 | In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
  | ____ The court waived the requirements of LR 9021.
3 | ____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
  | _X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
4 |     unrepresented parties who appeared at the hearing, and any trustee appointed in this case,
  |     and each has approved or disapproved the order, or failed to respond, as indicated below
5 |     (list each party and whether the party has approved, disapproved, or failed to respond to the
6 |     document):

7 | (List Parties)
  | Debtor's counsel:
8 |
  |     _____ approved the form of this order          _____ disapproved the form of this order
9 |
  |     _____ waived the right to review the order and/or   _X_ failed to respond to the document
10|
  |     _____ appeared at the hearing, waived the right to review the order
11|
  |     _____ matter unopposed, did not appear at the hearing, waived the right to review the order
12|
  | Trustee:
13|
  |     _____ approved the form of this order          _____ disapproved the form of this order
14|
  |     _____ waived the right to review the order and/or   _X_ failed to respond to the document
15|
  | Other Party:_____
16|
  |     _____ approved the form of this order          _____ disapproved the form of this order
17|
  |     _____ waived the right to review the order and/or   _____ failed to respond to the document
18|
  | Breach Order:
19|
  |     _____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of
20|
  |            this proposed order were transmitted to Debtor's counsel and appointed trustee to which
21|
  |            they have not replied
22|
23|
24| Submitted by:
  | /s/ Gregory L. Wilde, Esq.
25| Gregory L. Wilde, Esq.
26| Attorney for Secured Creditor